456 A.2d 1089

Commonwealth v. Dade, Appellant.

Petition for Allowance of Appeal
Denied June 6, 1983.

Submitted October 12, 1982. John H. Corbett, Jr., Public Defender, for appellant; Robert L. Eberhardt, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., and WIEAND and BECK, JJ.

Judgment of sentence affirmed.